UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 1 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 17MJ2654 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 18, U.S.C., Section 1544 |
| Jose MONGE-Ponce, ) | Misuse of Passport |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about August 1, 2017, within the Southern District of California, the defendant, Jose MONGE-Ponce, did knowingly and willfully use a United States Passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting United States Passport card (number XXXXXX4847), issued to L.A.Q., to a Department of Homeland Security, Customs and Border Protection Officer, knowing full well that he was not L.A.Q., that the passport card was not issued or designed for his use, and that he is not a United States citizen entitled to a United States Passport. All in violation of Title 18, United States Code, Section 1544.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Linnet Edasi, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this 1st day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On August 1, 2017, at approximately 5:26 AM, Jose MONGE-Ponce (Defendant), made application for admission into the United States from Mexico at the San Ysidro Port of Entry. Defendant presented a United States passport card bearing the name L.A.Q. with number XXXXX4847 to the primary Customs and Border Protection (CBP) Officer. The CBP Officer noticed differences in facial features between the picture of the document presented and Defendant. Defendant told the CBP Officer he was going to work in San Diego, California. The CBP Officer suspected Defendant was not the lawful owner of the document and referred him to secondary for further inspection.

In secondary a more thorough inspection confirmed that the United States Passport card presented by Defendant was not lawfully issued to him. Defendant was queried by fingerprint and photograph through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS) which confirmed Defendant's identity, criminal history and linked him to an FBI record. Service records contain no evidence that Defendant has any legal documents to enter the United States.

Defendant was advised of his Miranda rights, acknowledged his rights and elected to answer questions without the benefit of counsel. Defendant stated he is a citizen of Mexico with no documents to legally enter, pass through or reside in the United States. Defendant stated he paid $500 USD for the document he presented and used it with the intention to gain entry into the United States. Defendant stated he wanted to enter the United States to go to Fresno, California.